Howard Z. GARNETT, Petitioner–
Appellant,

v.

Harold W. CLARKE, Director,
Department of Corrections,
Respondent–Appellee.

No. 15–7516.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Howard Z. Garnett, Appellant Pro Se.
Alice Theresa Armstrong, Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before GREGORY and DUNCAN,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Howard Z. Garnett seeks to appeal the
district court's orders denying relief on his
28 U.S.C. § 2254 (2012) petition and deny-
ing Garnett's Fed.R.Civ.P. 59(e) motion to
alter or amend that judgment. The orders
are not appealable unless a circuit justice
or judge issues a certificate of appealabili-
ty. *See* 28 U.S.C. § 2253(c)(1)(A) (2012).

A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2012). When the district
court denies relief on the merits, a prison-
er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitu-
tional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the petition states a
debatable claim of the denial of a constitu-
tional right. *Slack,* 529 U.S. at 484–85,
120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Garnett has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
Garnett's motion to amend his informal
brief to include a newly obtained affidavit,
and dismiss the appeal. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*DISMISSED.*